

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

October 24, 2008

**VIA FACSIMILE AND UPS**
The Honorable Peter G. Sheridan
United States District Court Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:

*Trinad Capital Master Fund Ltd. V. Majesco et al.*
Case No. 2:06-cv-04880-PGS-ES

*[handwritten: So Ordered status conference to be conducted Nov/10, 2008 at 10:00 a.m. Peter Sheridan]*

Dear Judge Sheridan:

I wrote to Your Honor last week requesting an additional week to file Plaintiffs' papers in Support of The Final Approval of The Settlement. At that time, based on statements made by a mediator, we believed we had an agreement, which would address the issues caused by Majesco's stock trading at a price below the upset price. It now appears that the parties will be unable to reach an agreement.

Plaintiffs request a conference with Your Honor at your convenience with all parties in the *Majesco Securities Litigation* and Trinad actions in order to see if the settlement in the *Majesco Securities Litigation* can be saved. Additionally, the Plaintiffs seek additional time for the filing of papers in support of the Majesco settlement until November 3.

Respectfully submitted,

Lisa J. Rodriguez

cc:   Plaintiffs' Counsel (via email)
      Ronit Setton (via facsimile)
      Dennis Block (via facsimile)
      Larry Egle (via facsimile)