## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRINAD CAPITAL MASTER FUND, LTD., | |
| Plaintiff, | Civil Action No. 06-4880 (PGS) |
| v. | **ORDER** |
| MAJESCO ENTERTAINMENT CO., et al., | |
| Defendants. | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter,

IT IS on this 23 day of February, 2009,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The Court retains jurisdiction over the matter to the extent necessary to enforce the terms and conditions of the settlement.

February 23, 2009

_____
PETER G. SHERIDAN, U.S.D.J.